IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVE SCHMIDT,

    Defendant.

ORDER

Case No. 11-cr-132-wmc-1

---

The defendant in the above-entitled case has been:

__X__ convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department.

_____ The State Department is not to reissue a passport without approval of U.S. Probation.

_____ convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the INS Regional Office, Milwaukee, Wisconsin.

_____ acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

_____ Defendant deceased. Therefore, it is directed that the passport be returned to the State Department.

Signed this 28th day of August, 2013.

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge

cc: USA, Defense Atty, USPO